People v Gamble (2024 NY Slip Op 03993)

People v Gamble

2024 NY Slip Op 03993

Decided on July 26, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 26, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., MONTOUR, OGDEN, KEANE, AND HANNAH, JJ.

481 KA 23-00433

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
CHARLES GAMBLE, DEFENDANT-APPELLANT. (APPEAL NO. 2.) 

STEVEN A. FELDMAN, MANHASSET, FOR DEFENDANT-APPELLANT. 
SANDRA DOORLEY, DISTRICT ATTORNEY, ROCHESTER (AMY N. WALENDZIAK OF COUNSEL), FOR RESPONDENT. 

 Appeal from a judgment of the Supreme Court, Monroe County (Thomas E. Moran, J.), rendered November 8, 2021. The judgment convicted defendant upon a jury verdict of tampering with a witness in the third degree. 
It is hereby ORDERED that the judgment so appealed from is affirmed.
Same memorandum as in People v Gamble ([appeal No. 1] — AD3d — [July 26, 2024] [4th Dept 2024]).
All concur except Keane, J., who concurs in the result in the same concurring memorandum as in People v Gamble ([appeal No. 1] — AD3d — [July 26, 2024] [4th Dept 2024]).
Entered: July 26, 2024
Ann Dillon Flynn
Clerk of the Court